# THE COURT OF COMMON PLEAS, CIVIL DIVISION
## CUYAHOGA COUNTY, OHIO

Clerk of Courts | The Justice Center | 1200 Ontario Street 1st Floor, Cleveland, Ohio 44113

MARCELLUS GILREATH
**Plaintiff**

V.

PAMELA MCGUINEA, ET AL
**Defendant**

**CASE NO.** CV23977128

**JUDGE** CASSANDRA COLLIER-WILLIAM

# SUMMONS   SUMC   CM

**Notice ID:** 50228134

| From: | MARCELLUS GILREATH      P1 |
|---|---|
|  | 1265 WEST SIXTH STREET |
|  | SUITE 400 |
|  | CLEVELAND OH 44113 |

| Atty.: | BRIAN BARDWELL |
|---|---|
|  | 1265 W. 6TH ST. |
|  | SUITE 400 |
|  | CLEVELAND, OH 44113-0000 |

| To: | PAMELA MCGUINEA      D1 |
|---|---|
|  | 1641 PAYNE AVENUE |
|  | CLEVELAND OH 44114 |

### NOTICE TO THE DEFENDANT:

The Plaintiff has filed a lawsuit against you in this Court. You are named as a defendant. A copy of the **Complaint** is attached.

If you wish to respond to the Complaint, you must deliver a written **Answer** to the Plaintiff's attorney (or the Plaintiff if not represented by an attorney) at the above address *within 28 days* after receiving this Summons (not counting the day you received it). A letter or a phone call will not protect you. Civil Rule 5 explains the ways that you may deliver the **Answer** (http://www.supremecourt.ohio.gov/LegalResources/Rules/civil/CivilProcedure.pdf)

You must also file a copy of your **Answer** with this Court within 3 days *after* you serve it on the Plaintiff. You can file your **Answer** with the Clerk of Courts by one of the following methods: 1) In-person or by mail at the above address or 2) electronically through the online e-Filing system. For more information on using the e-Filing system, visit http://coc.cuyahogacounty.us/en-US/efiling.aspx.

If you fail to serve *and* file your **Answer**, you will lose valuable rights. The Court will decide the case in favor of the Plaintiff and grant the relief requested in the **Complaint** by entering a default judgment against you.

You may wish to hire an attorney to represent you. Because this is a civil lawsuit, the Court cannot appoint an attorney for you. If you need help finding a lawyer, contact a local bar association and request assistance.



**Nailah K. Byrd**
**Clerk of Court of Common Pleas**
**216-443-7950**

Date Sent: 03/28/2023

By _____
**Deputy**

CMSN130