UNITED STATES
POSTAL SERVICE™

Date Produced: 04/03/2023

CERTIFIED MAIL SOLUTIONS INC.:

The following is the delivery information for Certified Mail™/RRE item number 9314 8001 1300 3548 0780 38. Our records indicate that this item was delivered on 03/31/2023 at 01:53 p.m. in CLEVELAND, OH 44113. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.  If you require additional assistance, please contact your local post office or Postal Service representative.

Sincerely,
United States Postal Service

The customer reference number shown below is not validated or endorsed by the United States Postal Service. It is solely for customer use.

Customer Reference Number: CV23977128 P50228135 / CUYAHOGA COUNTY / 2023-03-0571628 Case 2 CV23977128
Sent To:  1200 ONTARIO STREET 9TH FLOOR CLEVELAND, OH 44113