Print

# CASE INFORMATION

## CV-23-977128 MARCELLUS GILREATH vs. PAMELA MCGUINEA, ET AL

### Docket Information

| Filing Date | Docket Party | Docket Type | Docket Description | View Image |
|---|---|---|---|---|
| 04/05/2023 | N/A | SR | USPS RECEIPT NO. 50228135 DELIVERED BY USPS 03/31/2023 CUYAHOGA COUNTY PROCESSED BY COC 04/05/2023. | |
| 03/29/2023 | D2 | SR | SUMS COMPLAINT(50228135) SENT BY CERTIFIED MAIL. TO: CUYAHOGA COUNTY 1200 ONTARIO STREET 9TH FLOOR CLEVELAND, OH 44113 | 📄 |
| 03/29/2023 | D1 | SR | SUMS COMPLAINT(50228134) SENT BY CERTIFIED MAIL. TO: PAMELA MCGUINEA 1641 PAYNE AVENUE CLEVELAND, OH 44114 | 📄 |
| 03/28/2023 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 03/28/2023 | N/A | SR | SUMMONS E-FILE COPY COST | |
| 03/28/2023 | D2 | CS | WRIT FEE | |
| 03/28/2023 | D1 | CS | WRIT FEE | |
| 03/27/2023 | P1 | MO | MOTION FILED FOR P1 MARCELLUS GILREATH BRIAN BARDWELL 0098423 MOTION FOR ORDER CORRECTING DOCKET ENTRY | 📄 |
| 03/27/2023 | N/A | SF | JUDGE CASSANDRA COLLIER-WILLIAMS ASSIGNED (RANDOM) | |
| 03/27/2023 | P1 | SF | LEGAL RESEARCH | |
| 03/27/2023 | P1 | SF | LEGAL NEWS | |
| 03/27/2023 | P1 | SF | LEGAL AID | |
| 03/27/2023 | P1 | SF | COURT SPECIAL PROJECTS FUND | |
| 03/27/2023 | P1 | SF | COMPUTER FEE | |
| 03/27/2023 | P1 | SF | CLERK'S FEE | |
| 03/27/2023 | P1 | SF | DEPOSIT AMOUNT PAID BRIAN BARDWELL | |
| 03/27/2023 | N/A | SF | CASE FILED: COMPLAINT | 📄 |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.

Website Questions or Comments.
Copyright © 2023 PROWARE. All Rights Reserved. 1.1.267