IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **MARCELLUS GILREATH**, | ) | CASE NO. 1:23-cv-00720 |
| Plaintiff, | ) | |
| | ) | JUDGE DAN AARON POLSTER |
| vs. | ) | |
| **PAMELA MCGUINEA, et al.**, | ) | **DEFENDANT PAMELA MCGUINEA'S NOTICE OF CONSENT TO REMOVAL** |
| Defendants. | ) | |

Defendant Pamela McGuinea, by and through the undersigned counsel, hereby consents to removal of this case, which was removed from the Cuyahoga County Court of Common Pleas, Case No. CV-23-977128, to the United States District Court for the Northern District of Ohio. This consent is in no way a waiver of any defects in process or service of process with respect to this Defendant.

Respectfully submitted,

MICHAEL C. O'MALLEY, Prosecuting Attorney
of Cuyahoga County, Ohio

By: /s/ *Michael J. Stewart*
    Michael J. Stewart (0082257)
    mjstewart@prosecutor.cuyahogacounty.us
    (216) 443-6673
    Jake A. Elliott (0093521)
    jelliott@prosecutor.cuyahogacounty.us
    (216) 443-5756
    CUYAHOGA COUNTY PROSECUTOR'S OFFICE
    The Justice Center, Courts Tower
    1200 Ontario Street, 8th Floor
    Cleveland, OH 44113
    Fax: (216) 443-7602

*Attorneys for Defendants Cuyahoga County and Pamela McGuinea*

## **CERTIFICATE OF SERVICE**

I certify that on April 21, 2023, I electronically filed a true and accurate copy of the foregoing Notice of Consent to Removal. Parties will receive notification via email and may access a copy of the document through the Court's electronic filing system.

/s/ *Michael J. Stewart*
Michael J. Stewart

*Attorney for Defendants*