IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | ) | |
|---|---|---|
| **MARCELLUS GILREATH,** | ) | **CASE NO.: 1:23cv720** |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUDGE: DAN AARON POLSTER** |
| | ) | |
| **PAMELA MCGUINEA, et al.** | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Now come Defendants Pamela McGuinea and Cuyahoga County and respectfully request an extension of time until **June 2, 2023** to respond to Plaintiff's Complaint in this action removed from state court (ECF# 1-2), as well as a pending motion to correct docket entry pending in state court prior to removal. (ECF# 1-3).

As grounds, the undersigned were assigned this matter upon in early April 2023 and is still in the process of reviewing the complaint and formulating a response. In addition, the undersigned has only recently been able to contact Ms. McGiunea, who has not yet been served with process in this matter. (Notice of Removal, ECF# 1 at ¶ 5). Defendants request an extension of approximately one month beyond what would be permitted the County under Fed.R.Civ.P. 81(c)(2).

Counsel for Plaintiff has been contacted to by email to determine whether Plaintiff will oppose this motion, but has not immediately responded.

Respectfully submitted,

MICHAEL C. O'MALLEY, Prosecuting Attorney
of Cuyahoga County, Ohio

By: /s/ *Michael J. Stewart*
    Michael J. Stewart (0082257)
    mjstewart@prosecutor.cuyahogacounty.us
    (216) 443-6673
    Jake A. Elliott (0093521)
    jelliott@prosecutor.cuyahogacounty.us
    (216) 443-5756
    CUYAHOGA COUNTY PROSECUTOR'S OFFICE
    The Justice Center, Courts Tower
    1200 Ontario Street, 8th Floor
    Cleveland, OH  44113
    Fax:        (216) 443-7602

    *Attorneys for Defendants Cuyahoga County*
    *and Pamela McGuinea*

## CERTIFICATE OF SERVICE

I certify that on April 21, 2023, a copy of the foregoing *Motion for an Extension of Time* was filed with the Court's electronic filing system.

    /s/ *Michael J. Stewart*
    Michael J. Stewart (0082257)