IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **MARCELLUS GILREATH**<br>*Plaintiff,*<br><br>v.<br><br>**PAMELA MCGUINEA**, *et al.*<br>*Defendants.* | Case No.: 1:23-cv-00720-DAP<br><br>Judge Dan Aaron Polster<br><br>Magistrate Judge Jonathan D. Greenberg |
| **RULE 4(d) WAIVER OF THE SERVICE OF SUMMONS** | |

To Brian D. Bardwell:

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from May 16, 2023, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment could be entered against me or the entity I represent.

*[signature]*

Signature of the attorney or unrepresented party
no behalf of Pamela Mc Guinea

5/17/2023

Date

Printed name

**MICHAEL C. O'MALLEY**
CUYAHOGA COUNTY PROSECUTING ATTORNEY

**Michael J. Stewart**
Assistant Prosecuting Attorney
Civil Division

Cuyahoga County Prosecutor's Office
The Justice Center, Courts Tower
1200 Ontario Street, 8th Floor
Cleveland, Ohio 44113
Phone: (216) 443-6673
Fax: (216) 443-7602
E-mail: mjstewart@prosecutor.cuyahogacounty.us
http://prosecutor.cuyahogacounty.us

Telephone number

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| **MARCELLUS GILREATH**<br>*Plaintiff,*<br><br>v.<br><br>**PAMELA MCGUINEA**, *et al.*<br>*Defendants.* | Case No.: 1:23-cv-00720-DAP<br><br>Judge Dan Aaron Polster<br><br>Magistrate Judge Jonathan D. Greenberg |
|---|---|
| **RULE 4(d) WAIVER OF THE SERVICE OF SUMMONS** ||

To Brian D. Bardwell:

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from May 16, 2023, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a default judgment could be entered against me or the entity I represent.

_____  
Signature of the attorney or unrepresented party  
on behalf of Cuyahoga Cty.

Date: 5/17/2023

Printed name

**MICHAEL C. O'MALLEY**
CUYAHOGA COUNTY PROSECUTING ATTORNEY

**Michael J. Stewart**
Assistant Prosecuting Attorney
Civil Division

Cuyahoga County Prosecutor's Office
The Justice Center, Courts Tower
1200 Ontario Street, 8th Floor
Cleveland, Ohio 44113
Phone: (216) 443-6673
Fax: (216) 443-7602
E-mail: mjstewart@prosecutor.cuyahogacounty.us
http://prosecutor.cuyahogacounty.us

Telephone number