**United States District Court**
**Northern District of Ohio**
Office of the Clerk
2-161 Carl B. Stokes United States Courthouse
801 West Superior Avenue
Cleveland, Ohio 44113-1830

Sandy Opacich (216)357-7000
Clerk of Court

May 23, 2023

Cuyahoga County
Court of Common Pleas
ATTN: Clerk of Court (Remand)
1200 Ontario Street
Cleveland, OH 44113

RE: Remand to Cuyahoga County Court of Common Pleas
OHND Case No: 1:23cv720 Doc #6
CCCP Case No. CV-23-977128
Gilreath v. McGuinea. and Gilreath v. Cuyahoga County

Dear Clerk:

On 5/22/2023, the Honorable Judge Dan Aaron Polster, United States District Judge, ordered the above motion remanded to your court. I am enclosing certified copy of our docket sheet and the Order of Remand. Other documents in this case can be accessed electronically at: http://ecf.ohnd.uscourts.gov.

Please acknowledge receipt of this remand by returning a time-stamped copy of this letter in the enclosed envelope. Thank you.

Sincerely,
Sandy Opacich, Clerk

By: _____
Michelle L. Fogler,
Operations Supervisor