**United States District Court**
**Northern District of Ohio**
Office of the Clerk
2-161 Carl B. Stokes United States Courthouse
801 West Superior Avenue
Cleveland, Ohio 44113-1830

**FILED**
JUN 02 2023
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

Sandy Opacich
Clerk of Court

(216)357-7000

May 23, 2023

Cuyahoga County
Court of Common Pleas
ATTN: Clerk of Court (Remand)
1200 Ontario Street
Cleveland, OH 44113

2023 MAY 26 P 2:53
CLERK OF COURTS
CUYAHOGA COUNTY
FILED

RE: Remand to Cuyahoga County Court of Common Pleas
OHND Case No: 1:23cv720 Doc #6
CCCP Case No. CV-23-977128
Gilreath v. McGuinea. and Gilreath v. Cuyahoga County

Dear Clerk:

On 5/22/2023, the Honorable Judge Dan Aaron Polster, United States District Judge, ordered the above motion remanded to your court. I am enclosing certified copy of our docket sheet and the Order of Remand. Other documents in this case can be accessed electronically at: http://ecf/ohnd.uscourts.gov.

Please acknowledge receipt of this remand by returning a time-stamped copy of this letter in the enclosed envelope. Thank you.

Sincerely,
Sandy Opacich, Clerk

By: _____
Michelle L. Fogler,
Operations Supervisor

568 John F Seiberling
Federal Building & U.S. Courthouse
2 South Main Street
Akron, OH 44308-1876
(330) 252-6000

114 James M. Ashley & Thomas W.L. Ashley
U.S. Courthouse
1716 Speilbusch Avenue
Toledo, OH 43604
(419) 213-5500

337 Thomas D. Lambros
Federal Building and US Courthouse
125 Market Street
Youngstown, OH 44503-1787
(330) 884-7400