IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **MARCELLUS GILREATH,** | ) | **CASE NO.: 1:23-cv-720** |
| Plaintiff, | ) | |
| vs. | ) | **JUDGE: DAN AARON POLSTER** |
| **PAMELA MCGUINEA, et al.** | ) | |
| Defendants. | ) | |

### DEFENDANTS CUYAHOGA COUNTY AND PAMELA MCGUINEA'S MOTION TO DISMISS

Now come Defendants Pamela McGuinea and Cuyahoga County and respectfully move the Court to dismiss the complaint filed by Plaintiff Marcellus Gilreath pursuant to Fed.R.Civ.P. 12(b)(6).

The Complaint fails to state a claim upon which relief can be granted. In the alternative, McGuinea is entitled to absolute, qualified or state-law immunity with respect to all of Plaintiff's claims asserted here.

A Memorandum in Support follows.

Respectfully submitted,

MICHAEL C. O'MALLEY, Prosecuting Attorney
of Cuyahoga County, Ohio

By: /s/ *Michael J. Stewart*
    Michael J. Stewart (0082257)
    mjstewart@prosecutor.cuyahogacounty.us
    (216) 443-6673
    Jake A. Elliott (0093521)
    jelliott@prosecutor.cuyahogacounty.us
    (216) 443-5756
    CUYAHOGA COUNTY PROSECUTOR'S OFFICE
    The Justice Center, Courts Tower
    1200 Ontario Street, 8th Floor
    Cleveland, OH  44113
    Fax:    (216) 443-7602

*Attorneys for Defendants Cuyahoga County
and Pamela McGuinea*

## **CERTIFICATE OF SERVICE**

I certify that on July 25, 2023 a copy of the *Motion to Dismiss* was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    /s/ *Michael J. Stewart*
    MICHAEL J. STEWART (0082257)
    Assistant Prosecuting Attorney