IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| **MARCELLUS GILREATH**<br>*Plaintiff,*<br><br>v.<br><br>**PAMELA MCGUINEA**, *et al.*<br>*Defendants.* | Case No.: 1:23-cv-00720-DAP<br><br>Judge Dan Aaron Polster<br><br>Magistrate Judge Jonathan D. Greenberg |
|---|---|
| **PLAINTIFF MARCELLUS GILREATH'S UNOPPOSED MOTION FOR EXTENSION OF TIME** ||

Plaintiff Marcellus Gilreath respectfully moves for an extension of the August 22 deadline to file his brief in opposition to Defendants' motion to dismiss. Plaintiffs' counsel is simultaneously opposing a motion for summary judgment in another case, and that brief is due one business day before the brief in this case. Dr. Gilreath therefore requests an extension of 14 days, which would make the new deadline September 5.

Defendants consent to this extension.

Respectfully submitted,

*/s/ Brian D. Bardwell*
Brian D. Bardwell (0098423)
Speech Law LLC
1265 West Sixth Street, Suite 400
Cleveland, OH 44113-1326
216-912-2195 Phone/Fax
brian.bardwell@speech.law
*Attorneys for Plaintiff Marcellus Gilreath*

### CERTIFICATE OF SERVICE

I certify that on August 10, 2023, this document was served on opposing counsel as provided by Fed. R. Civ. P. 5(b)(1).

*/s/ Brian D. Bardwell*
Brian D. Bardwell (0098423)
*Attorney for Plaintiff Marcellus Gilreath*
