IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| MARCELLUS GILREATH | ) |
| | ) Case No. 1:23-cv-720 |
| Plaintiff, | ) |
| | ) JUDGE DAN AARON POLSTER |
| v. | ) |
| | ) MINUTES OF MEDIATION AND |
| PAMELA MCGUINEA, *ET AL.*, | ) STIPULATED DISMISSAL |
| | ) |
| | ) |
| Defendants. | ) |

On August 21, 2023, the Court held a mediation session and engaged the parties in settlement discussions. At the conclusion, the parties reached a settlement. Accordingly, this case is dismissed with prejudice, each party to bear its own costs. Notice by the Clerk of Courts being hereby waived.

The Court retains jurisdiction to ensure that the settlement agreement is executed.

_____
Attorney for Plaintiff
Brian D. Bardwell
(0098423)

_____
Attorney for Defendants

_____
Attorney for Defendants

_____
Attorney for Defendants

**IT IS SO ORDERED.**

Date: August 21, 2023

_____
Dan Aaron Polster
United States District Judge