IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

MARCELLUS GILREATH                    )
                                      )  Case No. 1:23-cv-00720
          Plaintiff,                  )
                                      )  JUDGE DAN AARON POLSTER
v.                                    )
                                      )  ORDER
PAMELA MCGUINEA, *ET AL.*             )
                                      )
          Defendants.                 )

On 8/21/2023, the Court held a mediation.  At the conclusion, the parties reached a

settlement, in which Defendant Cuyahoga County agreed to pay $20,000.00 to Plaintiff.  ECF

Doc. 20.  The Cuyahoga County Executive signed the settlement agreement on October 19,

2023.  Accordingly, Defendant Cuyahoga County will issue a check to Plaintiff in the amount of

$20,000.00, by 4:00 pm on Friday, December 1, 2023.  Time: 15 minutes.

**IT IS SO ORDERED.**

Date: November 21, 2023

                              /s/ *Dan Aaron Polster*
                              Dan Aaron Polster
                              United States District Judge